UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonio Zavala,<br><br>    Plaintiff,<br><br>vs.<br><br>Vasile Herlo et ux, et al.,<br><br>    Defendants. | No. CV 13-02219-PHX-JAT<br><br>**ORDER OF**<br><br>**DISMISSAL** |
| Tampico Apartments, Inc.,<br><br>    Counterclaimant,<br><br>vs.<br><br>Antonio Zavala et ux,<br><br>    Counter-Defendants. | |

This matter came before the Court on the stipulation to dismiss (Doc. 19) filed by Plaintiff Antonio Zavala ("Plaintiff") and Defendants Vasile Herlo, Ana Herlo, and Tampico Apartments, Inc. (collectively, "Defendants"). Good cause appearing from the stipulation,

/ / /

/ / /

/ / /

1    IT IS ORDERED dismissing the Plaintiff's Complaint and Counterclaimant's
2 Counterclaim with prejudice, with each party to bear their respective fees and costs.
3    Dated this 31st day of March, 2014.

James A. Teilborg
Senior United States District Judge